IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL McDOWELL
ADC #148366                                                                PLAINTIFF

v.                          No. 2:20-cv-100-DPM

ASA HUTCHINSON, Governor,
State of Arkansas, *et al.*                                                DEFENDANTS

## JUDGMENT

McDowell's claims against Governor Hutchinson and Attorney General Rutledge are dismissed with prejudice. All his other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2020